One year (50 issues) Payable in Advance.......$15.00
Single Numbers ..............................  .35

When cash is mailed to us in advance
20 per cent discount

RENEWALS not prepaid (per mo. $1.25)........$15.00
No discount allowed after expiration date

THE LAW ABSTRACT COMPANY
Office, Editorial Rooms and Library, 13916 Euclid Ave.
Cleveland, O.

Address all mail communications to P. O. Box 2455,
Cleveland, O.

EXPIRATIONS

We send notices to subscribers, four weeks in advance of the date to which their application is paid, thus assuring them of ample knowledge in time to prepay renewals, and save the 20 per cent we give to those who mail the money in advance.

### THE YEAR CLOSES

This week's Abstract, No. 49, will close the year, except No. 50, December 25th. No. 50 will contain the Cumulated Digest for the months October, November and December 1926. This, with the Semi-Annual Digest number of June 28 and the quarterly Digest of October 2, completely indes the entire issues of the Abstract for 1926. As it is natural to look for the index to a book, at its back end, the three digest numbers should be placed there together and made the last three papers of the volume. These numbers will be found, so arranged in all the bound volumes sent out by us.

### FULL SETS OHIO LAW ABSTRACT

We are pleased to be able to announce that we are getting orders for full sets of the Ohio Law Abstract from Ohio lawyers who find that the publication, now that it has become well established, and that the number of volumes of it we have published, have made it of much more than passing consequence.

We regret, however, that our supply of back numbers is so running out, notwithstanding that we are reprinting some of them, it is liable to be exhausted within the next month or so, and that the stock cannot be replenished unless practically whole volumes are reprinted. An undertaking too expensive to ever be even

(Continued on page 838)

Supreme Court

. Tuesday, December 7, 1926

No. 1070

No. 19712—Harris E. Mason v. E. C. Tremayne. Error to the Court of Appeals of Cuyahoga County.

841. NEW TRIAL—Where new trial after term is sought on the ground of false testimony on part of successful party or any witness in his behalf, new trial should be denied unless record affirmatively shows that ordinary prudence could not have anticipated such false testimony and that guilty party was convicted; or if newly discovered evidence is offered as a ground, that such evidence, it must be shown, could not with reasonable diligence have been procured at the trial.

DAY, J. __

Where a party seeks a new trial after term, upon the ground of false testimony on the part of the successful party or any witness in his behalf, pursuant to paragraph 10 of Section 11631, General Code, the record must affirmatively show that ordinary prudence could not have anticipated or guarded against such false testimony and that the guilty party has been convicted; if newly discovered evidence, material for the party applying is urged as a ground for a new trial, it must be shown that such newly discovered evidence could not with reasonable diligence have been known and produced at the trial. In an absence of such showing, a new trial should be denied.

Judgment affirmed.

Marshall, CJ., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur.